CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAR 0 8 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Tay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE WILLIAM HILLMAN,<br><br>*Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Respondent.* | CIVIL ACTION NO. 7:05-CV-00234<br>CRIM. ACTION NO. 6:03 CR-70078<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Before the Court is Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255, and the government's Motion to Dismiss. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ADJUDGED AND ORDERED

that the government's Motion to Dismiss shall be, and it hereby is, **GRANTED.** All actions in the above-captioned case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying Memorandum Opinion to Petitioner and to counsel of record for respondent.

ENTERED: /s/ Norman K. Moon
United States District Judge

Date: March 8, 2006